In the Matter of the Accounting of JOHN F. HALSTED, as Surviving Trustee under the Will of CHARLES J. BUCK-INGHAM, Deceased, Respondent.

MARTHA W. B. WOOD et al., Appellants.

*Matter of Halsted,* 110 App. Div. 909, affirmed.
(Argued February 26, 1906; decided March 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1905, which affirmed a decree of the Dutchess County Surrogate's Court settling the accounts of the trustee herein.

*George H. Yeaman, George C. Kobbé* and *Charles F. Cossum* for appellants.

*Alton B. Parker, Frank B. Lown* and *Allison Butts* for respondent.

Order affirmed, with costs; no opinion.
Concur: HAIGHT, VANN, WERNER and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., and O'BRIEN, J. Not sitting: WILLARD BARTLETT, J